# EXHIBIT 1



OKLAHOMA
State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| BRYAN SAMS,<br>    Plaintiff,<br>v.<br>JOHNSON MATTHEY INC,<br>    Defendant, and<br>UNIVERSITY OF TULSA,<br>    Defendant, and<br>CHEVRON USA INC,<br>    Defendant, and<br>CHASE ENVIRONMENTAL GROUP INC,<br>    Defendant. | **No. CJ-2024-4271**<br>**(Civil relief more than $10,000: NEGLIGENCE PER SE)**<br><br>Filed: 11/12/2024<br><br><br>Judge: Civil Docket G |

# PARTIES

CHASE ENVIRONMENTAL GROUP  INC, Defendant
CHEVRON USA  INC, Defendant
JOHNSON MATTHEY INC, Defendant
SAMS,  BRYAN, Plaintiff
UNIVERSITY OF TULSA, Defendant

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| FARRAR,  RACHEL  L (Bar #31988)<br>CREEK COUNTY LAW<br>101 E LEE AVE<br>SAPULPA, OK 74066 | SAMS,   BRYAN |
| MCCASKEY,  CHARLES (Bar #34718)<br>101 E LEE AVE<br>SAPULPA, OK 74066 | SAMS,   BRYAN |
| PALACIOS,  KERI  D. (Bar #34175)<br>CREEK COUNTY LAW, PLLC<br>101 EAST LEE AVENUE<br>SAPULPA, OK 74066 | SAMS,   BRYAN |

**Attorney**

THOMPSON,  G.  GENE (Bar #31243)
101 LEE AVE
SAPULPA, OK 74066

**Represented Parties**

SAMS,   BRYAN

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**          Issue: NEGLIGENCE PER SE (NEGL)
                        Filed By: SAMS, BRYAN
                        Filed Date: 11/12/2024

| **Party Name** | **Disposition Information** |
|---|---|
| **Defendant:**  JOHNSON MATTHEY INC | |
| **Defendant:**  UNIVERSITY OF TULSA | |
| **Defendant:**  CHEVRON USA INC | |
| **Defendant:** CHASE ENVIRONMENTAL GROUP INC | |

**Issue # 2.**          Issue: ULTRA HAZARDOUS ACTIVITY (OTHER)
                        Filed By: SAMS, BRYAN
                        Filed Date: 11/12/2024

| **Party Name** | **Disposition Information** |
|---|---|
| **Defendant:** CHASE ENVIRONMENTAL GROUP INC | |

**Issue # 3.**          Issue: PUNITIVE DAMAGES (OTHER)
                        Filed By: SAMS, BRYAN
                        Filed Date: 11/12/2024

| **Party Name** | **Disposition Information** |
|---|---|
| **Defendant:**  JOHNSON MATTHEY INC | |
| **Defendant:**  UNIVERSITY OF TULSA | |
| **Defendant:**  CHEVRON USA INC | |
| **Defendant:** CHASE ENVIRONMENTAL GROUP INC | |

# DOCKET

| Date | Code | Description |
|---|---|---|

| | |
|---|---:|
| **11-12-2024**  **[ TEXT ]** | **#**1 |
| CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | |
| **11-12-2024**  **[ NEGL ]** | |
| NEGLIGENCE (GENERAL) | |
| **11-12-2024**  **[ DMFE ]** | $ 7.00 |
| DISPUTE MEDIATION FEE | |
| **11-12-2024**  **[ PFE1 ]** | $ 163.00 |
| PETITION | |
| Document Available (#1058537919) 🗎TIFF    📄PDF | |
| **11-12-2024**  **[ PFE7 ]** | $ 6.00 |
| LAW LIBRARY FEE | |
| **11-12-2024**  **[ OCISR ]** | $ 25.00 |
| OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | |
| **11-12-2024**  **[ OCJC ]** | $ 1.55 |
| OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | |
| **11-12-2024**  **[ OCASA ]** | $ 5.00 |
| OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | |
| **11-12-2024**  **[ SSFCHSCPC ]** | $ 10.00 |
| SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| **11-12-2024**  **[ CCADMINCSF ]** | $ 1.00 |
| COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| **11-12-2024**  **[ CCADMIN0155 ]** | $ 0.16 |
| COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | |
| **11-12-2024**  **[ SJFIS ]** | $ 0.45 |
| STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | |
| **11-12-2024**  **[ DCADMIN155 ]** | $ 0.23 |
| DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | |
| **11-12-2024**  **[ DCADMIN05 ]** | $ 0.75 |
| DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | |
| **11-12-2024**  **[ DCADMINCSF ]** | $ 1.50 |
| DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| **11-12-2024**  **[ CCRMPF ]** | $ 10.00 |
| COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | |
| **11-12-2024**  **[ CCADMIN04 ]** | $ 0.50 |
| COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | |
| **11-12-2024**  **[ LTF ]** | $ 10.00 |
| LENGTHY TRIAL FUND | |
| **11-12-2024**  **[ SMF ]** | $ 50.00 |
| SUMMONS FEE (CLERKS FEE)-5 | |

**11-12-2024** **[ SMIMA ]**

SUMMONS ISSUED - MAILED BY ATTORNEY

---

**11-12-2024** **[ EAA ]**                                                                    SAMS, BRYAN 👤

ENTRY OF APPEARANCE / G. GENE THOMPSON, ESQ, KERI D. PALACIOS, CHARLES C. MCCASKEY, ESQ
AND RACHEL FARRAR, ESQ ENTER ON BEHALF OF THE PLAINTIFF

Document Available (#1060210184) 📄TIFF    📄PDF

---

**11-12-2024** **[ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CIVIL DOCKET G TO THIS CASE.

---

**11-12-2024** **[ ACCOUNT ]**

RECEIPT # 2024-4697430 ON 11/12/2024.

PAYOR: CCL LAWYERS PLLC TOTAL AMOUNT PAID: $ 292.14.

LINE ITEMS:

CJ-2024-4271: $213.00 ON AC01 CLERK FEES.

CJ-2024-4271: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.

CJ-2024-4271: $1.66 ON AC31 COURT CLERK REVOLVING FUND.

CJ-2024-4271: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.

CJ-2024-4271: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.

CJ-2024-4271: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.

CJ-2024-4271: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.

CJ-2024-4271: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.

CJ-2024-4271: $25.00 ON AC79 OCIS REVOLVING FUND.

CJ-2024-4271: $10.00 ON AC81 LENGTHY TRIAL FUND.

CJ-2024-4271: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.

CJ-2024-4271: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.