# EXHIBIT 3



# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| BRIAN K. SAMS, an individual, | ) )  )  CJ-2024-**4271** )  ) Honorable **Caroline E. Wall** ) ) **Attorney Lien Claimed** ) **Jury Trial Demanded** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| vs. | |
| JOHNSON MATTHEY, INC. d/b/a TRACERCO, a foreign corporation, | |
| THE UNIVERSITY OF TULSA, a Oklahoma not-for profit corporation, | |
| CHEVRON USA, INC, a foreign corporation, | |
| CHASE ENVIRONMENTAL GROUP, Inc. a foreign corporation, | |
| CHINA INSTITUTE OF ATOMIC ENERGY, a foreign corporation, | |
| JOHN DOE 1, a foreign corporation, | |
| JOHN DOE 2, a foreign corporation, | |

**DISTRICT COURT FILED**

NOV 1 2 2024

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

## ENTRY OF APPEARANCE

**COMES NOW,** Plaintiff, **Brian K. Sams,** by and through his attorneys of record, G. Gene Thompson, Esq., Keri D. Palacios, Charles C. McCaskey, Esq., and Rachel Farrar, Esq. of CREEK COUNTY LAW, PLLC, and hereby enters their appearance in the above-captioned matter.



Respectfully submitted,
**CREEK COUNTY LAW, PLLC**

G. Gene Thompson, Esq. OBA # 31243
Keri D. Palacios, Esq. OBA # 34175
Charles C. McCaskey, Esq., OBA# 34718
Rachel Farrar, Esq. OBA # 31988
101 E. Lee Ave.
Sapulpa, OK 74066
(918) 248-0018 Telephone
(918) 998-0344 Facsimile
***ATTORNEYS FOR PLAINTIFF***