UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) BRYAN SAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 1) JOHNSON MATTHEY, INC., d/b/a TRACERCO, a foreign corporation,<br>2) THE UNIVERSITY OF TULSA, a not for-Profit Oklahoma Corporation,<br>3) CHEVRON USA, INC., a foreign corporation,<br>4) CHASE ENVIORMENTAL GROUP, INC. A foreign corporation,<br>5) CHINA INSTITUTE OF ATOMIC ENERGY, a foreign corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 24-cv-00602-SH<br><br>Removed from Tulsa County<br>Case No. CJ-2024-4271 |
| Defendants. | ) | |

**STATUS REPORT ON REMOVED ACTION**

This form must be filed by the removing party at the time of filing the notice of removal or within five (5) days of the filing of the notice of removal in the U.S. District Court. *Note:* Additional sheets may be used as necessary.

**I.   State Court Information**

Identify the court from which the case is being removed. Specify the number assigned to the case in that court.

Court: District Court of Tulsa County
Number: CJ-2024-4271

**II.   Style of the Case**

Include all termed/dismissed and pending Plaintiff(s), Defendant(s), Intervenor(s), Counter-Claimant(s), Counter-Defendant(s), Cross-Claimant(s), Cross-Defendant(s), Third-Party Plaintiff(s), and Third-Party Defendant(s). Indicate the party type and the attorney(s) of record for each party.

| Party(ies) | Party Type | Attorney(s) of Record<br>(OBA #, Law Firm & Address, 10-Digit Phone #) |
|---|---|---|
| Bryan Sams | Plaintiff | G. Gene Thompson, OBA No. 31243<br>Keri D. Palacios, OBA No. 34175<br>Charles C. McKaskey, OBA No. 34718<br>Rachel Farrar, OBA No. 31988<br>Creek County Law, PLLC<br>101 E. Lee Ave.<br>Sapulpa, OK 74066<br>Telephone: (918) 248.0018 |
| Johnson Matthey Inc., d/b/a Tracerco | Defendant | Michael S. Linscott, OBA No. 17266<br>**DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.** |

| | | |
|---|---|---|
| | | Two West Second Street, Suite 700<br>Tulsa, OK  74103-3117<br>Telephone 918.591.5288 |
| Chase Environmental Group, Inc. | Defendant | Robert Betts, OBA No. 21601<br>**PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, LLP**<br>Post Office Box 26350<br>Oklahoma City, Oklahoma 73126-0350<br>(405) 235-1611 – *Telephone*<br><br>-and-<br><br>Mark E. Hardin, OBA No. 15297<br>**PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, LLP**<br>Post Office Box 239<br>Tulsa, Oklahoma 74101<br>Tel. (918) 583-8100 |
| Chevron USA, Inc. | Defendant | Mary Quinn Cooper, OBA No. 11966<br>**MCAFEE & TAFT, PC**<br>Two West Second Street, Suite 1100<br>Tulsa, Oklahoma 74103<br>(918) 587-0000 – *Telephone*<br><br>-and-<br><br>Mary Rose Alexander (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>(312) 876-7700 – *Telephone* |
| The University of Tulsa | Defendant | Ryan A Ray, OBA No. 22281<br>**NORMAN WOHLGEMUTH, LLP**<br>3200 Mid-Continent Tower<br>401 South Boston Ave<br>Tulsa, Oklahoma 74103<br>(918) 583-7571 – *Telephone* |

**III.    Jury Demand**

Was a Jury Demand made in State Court?    ☒ Yes    ☐ Yes, but rescinded    ☐ No

| Requesting Party(ies) | Date of Request |
|---|---|
| Plaintiff | November 12, 2024 |
| | |
| | |

**IV.    Complaints, Counter-Claims, Cross-Claims, Third Party Complaints, and Intervenor Complaints**

List all complaint-type documents (Complaints, Amended Complaints, Counter-Claims, Amended Counter-Claims, Cross-Claims, Amended Cross-Claims, Third-Party Complaints, Amended Third-Party Complaints, Intervenor Complaints, and Amended Intervenor Complaints) filed in State Court. Indicate filing party(ies), against whom, and date filed.

| Complaint-Type Document(s) | Filing Party(ies) | Against Whom | Date Filed |
|---|---|---|---|
| Petition | Plaintiff | All Defendants | November 12, 2024 |
|  |  |  |  |
|  |  |  |  |

**V.  Unserved Parties**

List parties not served at time of case removal.

| Unserved Party(ies) | Reason(s) for No Service |
|---|---|
| China Institute of Atomic Energy | Unknown |
|  |  |
|  |  |

**VI.  Answer**

Was an Answer made in State Court?   Yes ☐   No ☒

If **Yes**, indicate document answered, filing party(ies), and date filed.

| Document Answered | Filing Party(ies) | Date Filed |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**VII.  Nonsuited, Dismissed or Terminated Parties**

List party(ies) nonsuited, dismissed or terminated from the State Court action. Indicate date of termination/dismissal.

| Nonsuited, Dismissed or Terminated Party(ies) | Date Terminated/Dismissed |
|---|---|
| None |  |
|  |  |
|  |  |

**VIII.  Remaining Claims of the Parties**

List all pending complaint-type documents from Section IV. Indicate filing party(ies), against whom and date filed.

| Pending Complaint-Type Document(s) | Filing Party(ies) | Against Whom | Date Filed |
|---|---|---|---|

None

## IX. Pending Motions

List all contested pending motions. Indicate filing party(ies) and date filed.

| Pending Motions | Filing Party(ies) | Date Filed |
|---|---|---|
| None | | |

| | |
|---|---|
| Removing Party(ies): | Johnson Matthey Inc., d/b/a Tracerco |
| Attorney Signature: | *s/Michael S. Linscott* |
| Printed Name: | Michael S. Linscott |
| OBA Number: | 17266 |
| Law Firm: | Doerner, Saunders, Daniel & Anderson |
| Address: | 2 W. 2nd Street, Suite 700 |
| City, State, Zip Code: | Tulsa, OK 74103 |
| 10-Digit Phone Number: | 918-591-5288 |
| Facsimile: | 918-925-5288 |
| Email Address: | mlinscott@dsda.com |

### CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

Charles C McCaskey    charles@creekcountylaw.com

G Gene Thompson     gene@creekcountylaw.com, gthompsonlaw@gmail.com

I hereby certify that on _____ (Date), I served the same document by:

☐ U.S. Postal Service     ☐ In-Person Delivery     ☐ Courier Service     ☐ Email

on the following, who are not registered participants of the ECF System:

    Name(s) and Address(es):

*s/Michael S. Linscott*
Signature
