IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BRYAN SAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 24-cv-00602-SH |
| ) | |
| (1) JOHNSON MATTHEY, INC., d/b/a ) | Removed from Tulsa County |
| TRACERCO, a foreign corporation, ) | Case No. CJ-2024-4271 |
| (2) THE UNIVERSITY OF TULSA, a not-for- ) | |
| profit Oklahoma Corporation, ) | |
| (3) CHEVRON USA, INC., a foreign corporation ) | |
| (4) CHASE ENVIRONMENTAL GROUP, INC. ) | |
| a foreign corporation, ) | |
| (5) CHINA INSTITUTE OF ATOMIC ENERGY ) | |
| a foreign corporation, ) | |
| ) | |
| Defendants. ) | |

DISCLOSURE STATEMENT

**"PARTY" DEFINED:** Within this form, the terms "party" and "parties" refer to any party, intervenor, or proposed intervenor to this action.

Pursuant to Fed. R. Civ. P. 7.1 and LCvR7.1-1:

JOHNSON MATTHEY INC., D/B/A TRACERCO

who is a (check one)  ☐ PLAINTIFF   ☒ DEFENDANT   ☐ OTHER: _____

in this action, makes the following disclosures:

**INSTRUCTIONS**:
1. Determine which part(s) of the form apply:
   - Part I is applicable in all cases and must be completed by all parties.
   - Part II is applicable in all cases and must be completed by all nongovernmental parties that are not natural persons.
2. Check the applicable box or boxes, and fully provide any required information.
3. Attach separate pages as necessary to fully provide required information.

## **PART I**

☐  This party is an individual who is a citizen of the state of _____.

☒  This party is a Pennsylvania corporation with its principal place of business in Wayne, Pennsylvania.

☐  This party is an unincorporated association or another artificial entity, including a limited liability company or limited liability partnership.

If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is a trust.

If yes, identify each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual trustee and state of citizenship of each sub-trustee must be provided as well.

**PART II**

☐ This party is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☐ This party is publicly held.

☒ This party has one or more parent entities.

If yes, identify all parent entities, including grandparent and great-grandparent entities.

Johnson Matthey, Inc. ("JMI") is 100% owned by Johnson Matthey Holdings, Inc. ("JMHI"), a Delaware company. JMHI, in turn, is 100% owned by Johnson Matthey Investments Limited, which is 100% owned by Matthey Holdings Limited, which is 100% owned by Johnson Matthey Public Limited Co. ("JMPLC"). Only JMPLC is publicly traded, and only on the London Stock Exchange.

☒ This party has one or more subsidiaries.

If yes, identify all subsidiaries.

Johnson Matthey Process Technologies, Inc. and Johnson Matthey Hydrogen Technologies, Inc.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners.

☐ Another association, firm, partnership, corporation, or other artificial entity related to the party—not already identified through other answers—has a direct financial interest in the outcome of the litigation.

If yes, identify all associations, firms, partnerships, corporations or other artificial entities and the nature of their interest.

☐ This party is a trade association.

If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

☐ This party is a trust.

If yes, identify each trustee, their parent entities, and any publicly held companies that own ten percent or more of a trustee's stock.

**Any additional pertinent information should also be provided on attached page(s).**

**DATED** this  17th  day of  December , 20 24 .

| | |
|---:|:---|
| Signature: | *s/Michael S. Linscott* |
| Printed Name: | Michael S. Linscott |
| Bar Number: | 17266 |
| Firm Name: | Doerner, Saunders, Daniel & Anderson |
| Address: | 2 W. 2nd Street, Suite 700 |
| City, State, Zip Code: | Tulsa, OK 74103 |
| Phone/Fax: | 918-591-5288 |
| Email Address: | mlinscott@dsda.com |

## CERTIFICATE OF SERVICE

I hereby certify that on _____December 17, 2024_____ I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

    Charles C McCaskey    charles@creekcountylaw.com

    G Gene Thompson    gene@creekcountylaw.com, gthompsonlaw@gmail.com

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service    ☐ In Person Delivery

☐ Courier Service    ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

                                      *s/Michael S. Linscott*
                                      Signature