# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

Bryan Sams,

                Plaintiff(s)

vs.

                Case Number: 4:24-cv-00602-SH

Johnson Matthey, Inc., dba Tracerco, et al

                Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:
   Defendant Chevron USA, Inc.

| | |
|---|---|
| December 17, 2024 | s/ Mary Quinn Cooper |
| Date | Signature |
| Type of Appointment: ☑ Retained ☐ CJA | Mary Quinn Cooper |
| | Print Name |
| ☐ FPD ☐ Pro Bono ☐ Pro Se | McAfee & Taft |
| | Firm Name |
| | Williams Center Tower II, 2 W. 2nd St., Suite 1100 |
| | Mailing Address |
| 11966 | Tulsa      OK    74103 |
| Oklahoma State Bar Number (If Applicable) | City      State    Zip Code |
| maryquinn.cooper@mcafeetaft.com | (918) 574-3065     (918) 599-9317 |
| e-mail address | Phone Number     Fax Number |

## Certificate of Service

I hereby certify that on 12/17/2024 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

G. Gene Thompson  gene@creekcountylaw.com; gthompsonlaw@gmail.com
Keri D. Palacios
Charles C. McCaskey  charles@creekcountylaw.com
Rachel Farrar

Michael S. Linscott  mlinscott@dsda.com
Kaylee Davis-Maddy  kmaddy@dsda.com


I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service                    ☐ In Person Delivery

☐ Courier Service                        ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):







                                                          s/ Mary Quinn Cooper
                                                          _____
                                                          Signature