### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYAN SAMS,                )<br>                            )<br>        Plaintiff,        )<br>                            )<br>vs.                         )<br>                            )<br>JOHNSON MATTHEY, INC., d/b/a )<br>TRACERCO, a foreign corporation, )<br>THE UNIVERSITY OF TULSA, a not-for- )<br>profit Oklahoma Corporation, )<br>CHEVRON USA, INC., a foreign corporation )<br>CHASE ENVIRONMENTAL GROUP, INC. )<br>a foreign corporation,      )<br>CHINA INSTITUTE OF ATOMIC ENERGY )<br>a foreign corporation,      )<br>                            )<br>        Defendants.      ) | Case No. 4:24-cv-00602-SH |

### O R D E R

Before the Court is Defendants' Johnson Matthey, Inc. d/b/a Tracerco ("Tracerco"), the University of Tulsa ("TU"), Chevron USA, Inc. ("Chevron"), and Chase Environmental Group, Inc. ("Chase") (collectively, Defendants) Unopposed Motion for Extension of Time to Answer, Move Against, or Otherwise Respond to Plaintiff's Petition (ECF No. 10). For good cause shown, the Motion is **GRANTED**.

The deadline for Defendants Tracerco, TU, Chevron, and Chase to Answer, Move Against, or Otherwise Respond to Plaintiff's Petition is extended through February 3, 2025.

DATED this 17th day of December, 2024.

_____
SUSAN E. HUNTSMAN, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT