## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYAN SAMS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 4:24-cv-00602-SH |
| JOHNSON MATTHEY, INC., d/b/a ) | |
| TRACERCO, a foreign corporation, ) | |
| THE UNIVERSITY OF TULSA, a not-for- ) | |
| profit Oklahoma Corporation, ) | |
| CHEVRON USA, INC., a foreign corporation ) | |
| CHASE ENVIRONMENTAL GROUP, INC., ) | |
| a foreign corporation, ) | |
| CHINA INSTITUTE OF ATOMIC ENERGY ) | |
| a foreign corporation, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Mark E. Hardin, with the law firm of Pierce Couch Hendrickson Baysinger & Green, L.L.P., enters his appearance as counsel of record for Defendant, Chase Environmental Group, Inc., a foreign corporation. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.

*/s/ Mark E. Hardin*

Mark E. Hardin, OBA #15297
907 South Detroit, Suite 815
Tulsa, OK  74120
Telephone: (918) 583-8100
Fax: (918) 583-8107
mhardin@piercecouch.com
***Attorneys for Defendant Chase Environmental Group, Inc.***

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 17, 2024, I electronically transmitted a full, true and correct copy of the above and foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to those registered participants of the ECF System, including all counsel of record.

_____
Mark E. Hardin