# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYAN SAMS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 4:24-cv-00602-SH |
| JOHNSON MATTHEY, INC., d/b/a ) | |
| TRACERCO, a foreign corporation, ) | |
| THE UNIVERSITY OF TULSA, a not-for- ) | |
| profit Oklahoma Corporation, ) | |
| CHEVRON USA, INC., a foreign corporation ) | |
| CHASE ENVIRONMENTAL GROUP, INC., ) | |
| a foreign corporation, ) | |
| CHINA INSTITUTE OF ATOMIC ENERGY ) | |
| a foreign corporation, ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1,.

## **CHASE ENVIRONMENTAL GROUP, INC.**

who is a   ☐ PLAINTIFF   ☒ DEFENDANT in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☒ NO

2. **Does party have any parent corporations?**

    (Check one)   ☐ YES   ☒ NO

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☒ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)   ☐ YES   ☒ NO

If YES, identify entity and nature of interest:

5.  **Is party a trade association?**

    (Check one)   ☐ YES   ☒ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 19th day of December, 2024.

        Respectfully submitted,

        PIERCE COUCH HENDRICKSON
        BAYSINGER & GREEN, L.L.P.

        */s/ Mark E. Hardin*

        Mark E. Hardin, OBA #15297
        907 South Detroit, Suite 815
        Tulsa, OK  74120
        Telephone: (918) 583-8100
        Fax: (918) 583-8107
        mhardin@piercecouch.com
        ***Attorneys for Defendant Chase Environmental Group, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024, I electronically transmitted a full, true and correct copy of the above and foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to those registered participants of the ECF System, including all counsel of record.

        */s/ Mark E. Hardin*

        Mark E. Hardin