**CLERK, UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

Rachel Lynne Farrar
Farrar & Farrar
2021 S LEWIS AVE STE 420
TULSA, OK 74104

**RECEIVED**
DEC 23 2024
Heidi D Campbell, Clerk
U.S. DISTRICT COURT

TULSA OK 740
13 DEC 2024 PM 3 L

NEOPOST
12/13/2024
US POSTAGE $000.69⁰
FIRST-CLASS MAIL
IMI
ZIP 74103
041M11287529

Postmarked 12/13/24
24 CV602-SH
Dkt#5

NIXIE      731  FE 1          0012/26/24
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 74103388199    *0857-04111-14-04