CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

RECEIVED
DEC 30 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Rachel Lynne Farrar
Farrar & Farrar
2021 S LEWIS AVE STE 420
TULSA, OK 74104

TULSA OK 740
20 DEC 2024 PM 1 L

NEOPOST
12/20/2024
US POSTAGE $000.69⁰
FIRST-CLASS MAIL
IMI
ZIP 74103
041M11287529

Postmarked 12/20/24
24CV602-SH DKT#16

NIXIE   731   FE 1       0014/26/24
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 74103388199        *2393-01384-20-39*