**Return envelope:**

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

Rachel Lynne Farrar
Farrar & Farrar
2021 S LEWIS AVE STE 420
TULSA, OK 74104

**Postage indicia:**
OKLAHOMA CITY OK 730
NEOPOST
12/18/2024
US POSTAGE $000.69⁰
FIRST-CLASS MAIL
ZIP 74103
041M11287529

**Stamp:**
RECEIVED
JAN 13 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

**Handwritten:** Postmarked 12/19/24 24CV602-SH DKT 13

**USPS label:**
NIXIE  731  FE 1  0001/08/25
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD