**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BRYAN SAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHNSON MATTHEY, INC., d/b/a | ) |
| TRACERCO; THE UNIVERSITY OF | ) |
| TULSA; CHEVRON USA, INC.; CHASE | ) |
| ENVIRONMENTAL GROUP, INC.; | ) |
| AND CHINA INSTITUTE OF ATOMIC | ) |
| ENERGY, | ) |
| | ) |
| Defendants. | ) |

Case No. 24-cr-00602-SH

**ORDER**

Before the Court is the second motion of Defendants Johnson Matthey, Inc. d/b/a Tracerco ("Tracerco"), the University of Tulsa ("TU"), Chevron USA, Inc. ("Chevron"), and Chase Environmental Group, Inc.'s ("Chase") to extend their time to respond to Plaintiff's petition.[1]  There being no objection and for good cause shown,

IT IS THEREFORE ORDERED that *Defendants' Second Unopposed Motion for Extension of Time to Answer, Move Against, or Otherwise Respond to Plaintiff's Petition* (ECF No. 23) is GRANTED.  The deadline for Defendants Tracerco, TU, Chevron, and Chase to answer, move against, or otherwise respond to Plaintiff's petition is extended through February 24, 2025.

ORDERED this 31st day of January, 2025.

SUSAN E. HUNTSMAN, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

---

[1] There is no need to continue numbering parties in the caption.  This is required only in "the initiating document."  LCvR 3-1(d).