# Exhibit 3

FILED
SUPREME COURT
STATE OF OKLAHOMA

OCT 28 2019

JOHN D. HADDEN
CLERK

ORIGINAL

*1044685675*

# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

MONDAY, OCTOBER 28, 2019

THE CLERK IS DIRECTED TO ENTER THE FOLLOWING ORDERS OF THE COURT:

| | |
|---|---|
| 114,713 | Verda Jean Keys Sanders v. Michael D. Cole, D.O., Jack Mocnik, Jr., M.D., John Fitter, M.D., St. John Medical Center, Inc. et al<br>**Both petitions for certiorari are denied.**<br>CONCUR: Gurich, C.J., Darby, V.C.J., Kauger, Winchester, Edmondson, Colbert, Combs and Kane, JJ. |
| 116,640 (comp.w/117,053) | Jonathon Cruz et al v. Johnson Matthey, Inc. d/b/a Tracerco et al<br>**Petition for certiorari is denied.**<br>CONCUR: Gurich, C.J., Darby, V.C.J., Kauger, Winchester, Colbert, Combs and Kane, JJ.<br>DISSENT: Edmondson, J. |
| 116,747 | North Coltrane Community Association v. Board of County Commissioners of Oklahoma County, and Stonetown Edmond LLC<br>**Petition for certiorari is denied.**<br>CONCUR: Gurich, C.J., Darby, V.C.J., Kauger, Winchester, Edmondson, Colbert, Combs and Kane, JJ. |
| 117,624 | Christopher D. Wilkins, as Personal Representative of the Estate of Kathleen D. Wilkins-Meyer, deceased v. Kurt A. Meyer a/k/a Kurt Author Meyer<br>**Petition for rehearing is denied.**<br>CONCUR: Gurich, C.J., Darby, V.C.J., Kauger, Winchester, Edmondson, Colbert, Combs and Kane, JJ. |

_/s/ [signature]_

**CHIEF JUSTICE**

Rec'd (date) 10/28/19
Posted
Mailed
Distrib
Publish ____ yes ____ no