# Exhibit 6



ORIGINAL

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

| | | |
|---|---|---|
| JONATHAN CRUZ, ET AL., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) No. 120,551 | |
| | ) | |
| HONORABLE WILLIAM D. LAFORTUNE, | ) | |
| | ) | |
| Respondent. | ) | |

Rec'd (date) 9-26-22
Posted
Mailed
Distrib
Publish _____ yes  X  no

FILED
SUPREME COURT
STATE OF OKLAHOMA

SEP 26 2022

JOHN D. HADDEN
CLERK

## ORDER

Petitioners' Application to Assume Original Jurisdiction is granted in part, and denied in part, as to the Cause now pending in the District Court of Tulsa County, Case No. CJ-2016-3711.

Petitioners' request for extraordinary relief to bar enforcement of the District Court's ruling dismissing the Employee-Plaintiffs' claims is denied.

Petitioners also request extraordinary relief from the District Court's May 26, 2022 case management order. Original jurisdiction is assumed. The Application is hereby granted. Okla. Const. art. VII, § 4.  *McKesson Corp. v. Campbell*, 2022 OK 6, ¶ 2, 502 P.3d 1110 (Court will not entertain discovery dispute in original action unless case is aberrant); *Heffron v. District Court Oklahoma County*, 2003 OK 75, ¶ 3, 77 P.3d 1069 (assuming jurisdiction to address first impression question and to prohibit unauthorized use of judicial force).

A writ of prohibition is hereby issued to the Respondent District Judge, or

other assigned judge, prohibiting enforcement of the Case Management Order issued on May 26, 2022, based on *Lore v. Lone Pine Corp.*, 1986 WL 637507 (N.J. Sup. Ct. 1986). Requiring Petitioners to make a *prima facie* showing, via expert opinion by sworn affidavit, of the elements of their claims before any discovery is allowed is not authorized by Oklahoma law. Accordingly, the May 26, 2022 order is vacated.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 26TH DAY OF SEPTEMBER, 2022.

                                                                                                   /s/ _____
                                                                                                   CHIEF JUSTICE

CONCUR: DARBY, C.J., KAUGER, WINCHESTER, EDMONDSON, COMBS, GURICH, and ROWE, JJ.
NOT PARTICIPATING: KANE, V.C.J.
RECUSED: KUEHN, J.