# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

BRYAN SAMS

       Plaintiff(s)

vs.                                    Case Number: 4:24-cv-00602-SH

JOHNSON MATTHEY, INC.

       Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
### (to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name:  Mary Rose Alexander

2. State bar membership number:  IL 6205313

3. Business address, telephone and fax numbers:
   330 North Wabash Avenue, Suite 2800
   Chicago, Illinois 60611

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:  Listed in Motion

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

s/ Mary Rose Alexander

Signature

Mary Rose Alexander                    IL 6205313

Printed Name                           Bar Number

Latham & Watkins LLP

Firm Name

30 North Wabash Avenue, Suite 2800

Address

Chicago                    IL        60611

City                       State     ZIP

(312) 876-7672             (312) 993-9767

Phone                      Fax

mary.rose.alexander@lw.com

Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on ___February 27, 2025___ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_s/ Mary Rose Alexander_____
Signature

G. Gene Thompson
Keri D. Palacios
Charles C. McCaskey
Rachel Farrar
Michael S. Linscott
Kaylee Patricia Davis-Maddy
Mark E. Hardin
Ryan A Ray