# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

BRYAN SAMS

                      Plaintiff(s)

vs.                                          Case Number: 4:24-cv-00602-SH

JOHNSON MATTHEY, INC., d/b/a TRACE

                      Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

    Defendant Chevron USA, Inc.

| | |
|---|---|
| February 28, 2025 | s/Mary Rose Alexander |
| Date | Signature |
| Type of Appointment: ☑ Retained ☐ CJA | Mary Rose Alexander |
| ☐ FPD ☐ Pro Bono ☐ Pro Se | Print Name |
| | Latham & Watkins LLP |
| | Firm Name |
| | 30 North Wabash Avenue, Suite 2800 |
| | Mailing Address |
| | Chicago    IL    60611 |
| Oklahoma State Bar Number (If Applicable) | City    State    Zip Code |
| mary.rose.alexander@lw.com | (312) 876-7672    (312) 993-9767 |
| e-mail address | Phone Number    Fax Number |

# Certificate of Service

I hereby certify that on  02/28/2025    (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

   G. Gene Thompson
   Keri D. Palacios
   Charles C. McCaskey
   Rachel Farrar
   Michael S. Linscott
   Kaylee Patricia Davis-Maddy
   Mark E. Hardin
   Ryan A Ray

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service         ☐ In Person Delivery

☐ Courier Service             ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

 

s/Mary Rose Alexander
  Signature