UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Bryan Sams<br><br>vs.<br><br>Johnson Matthey, Inc et al., | Plaintiff,<br><br><br><br>Defendant. | Case No.: 24-cv-602-SH<br><br>Proceeding: Status Hearing (Via Telephone)<br>Date: 3/3/2025<br>Time: 10:04 a.m. – 10:10 a.m.<br><br>**MINUTE SHEET** |

Susan E. Huntsman, U.S. Magistrate Judge   D. Gross, Deputy Clerk        Magistrate Courtroom 1

**Counsel for Plaintiff-Bryan Sams:**   Charles C. McCaskey; Gene Thompson

**Counsel for Defendant Chevron:**   Mary Quinn Cooper; Mary Rose Alexander

Counsel for Defendant Chase Environmental Group Inc: Mark Hardin

Counsel for Defendant University of Tulsa: Ryan Ray

Counsel for Defendant: Johnson Matthey, Inc.: Michael S. Linscott

MINUTES: Case called for status hearing; All Parties present, via telephone conference; Status hearing held.