IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYAN SAMS, )<br> Plaintiff, )<br> )<br>vs. )<br> )<br>JOHNSON MATTHEY, INC., d/b/a )<br>TRACERCO, a foreign corporation, )<br>THE UNIVERSITY OF TULSA, a not-for- )<br>profit, Oklahoma Corporation, )<br>CHEVRON USA, INC., a foreign corporation )<br>CHASE ENVIRONMENTAL GROUP, INC. )<br>a foreign corporation, )<br>CHINA INSTITUTE OF ATOMIC ENERGY, )<br>a foreign corporation, )<br> Defendants. ) | Case No. 4:24-cv-00602-SH |

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER THE MOTION TO DISMISS OF DEFENDANTS JOHNSON MATTHEY, INC., CHEVRON USA, INC., CHASE ENVIRONMENTAL GROUP, INC., [Doc. 25] AND THE UNIVERSITY OF TULSA [Doc. 26]**

**COME NOW**, Plaintiff, Bryan Sams, by and through his attorneys of record, G. Gene Thompson, Esq., and Charles C. McCaskey, Esq., of CREEK COUNTY LAW, PLLC, and moves this Court to enter an *Order Extending Time to Responded to Defendants' Johnson Matthey, INC., Chevron USA, INC., Chase Environmental Group, INC., [Doc. 25] and the University of Tulsa [Doc. 26]* by twenty-one days. To-wit, he states and alleges the following.

1. All Defendants filed their *Motion to Dismiss*("*Motion*") on February 24, 2024.

2. That Plaintiff's Counsel reached out to Defendants' Counsel through Michael S. Linscott.

3. Mr. Linscott said that he would communicate with all Defendants, and it was conveyed that all Defendants agreed to an extension.

4. A extending the time to answer will not delay the trial date further.

5. The above constitutes good cause to allow additional time to answer.

**WHEREFORE**, premise considered, Plaintiff prays this Court extend the time to answer Defendants' *Motion* by twenty-one days, and any other relief that the Court finds are proper and just.

Respectfully submitted,

s/ Charles C. McCaskey
G. Gene Thompson, Esq., OBA No. 31243
Charles C. McCaskey, Esq., OBA No. 34718
Creek County Law
101 E. Lee Ave.
Sapulpa, OK 74066
Telephone: 918.223-3044
Facsimile:  918.998-0344
Email: Charles@creekcountylaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 14th day of March 2025, a true and complete copy of the above and the foregoing *REPLY TO BIXBY'S RESPONSE TO MOTION TO SUBSTITUTE (ECF Doc. 43)* was served using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**Johnson Matthey, Inc.**
**Kaylee Patricia Davis-Maddy**
Doerner Saunders Daniel & Anderson LLP (Hudson Ave)
210 PARK AVE STE 1200
OKLAHOMA CITY, OK 73102-5600

**Michael S Linscott**
Doerner Saunders Daniel & Anderson LLP (Tulsa)
TWO W SECOND ST STE 700
TULSA, OK 74103-3117

**University of Tulsa, The**
**Ryan A. Ray**
Norman Wohlgemuth, LLP
401 S. Boston Ave.
Suite 3200
Tulsa, OK 74103

**Chevron USA, Inc**
**Mary Quinn-Cooper**
McAfee & Taft (Tulsa)
TWO W SECOND ST STE 1100
TULSA, OK 74103

**Mary Rose Alexander**
Latham & Watkins LLP
330 North Wabash Avenue
Ste 2800
Chicago, IL 60611

**Matthew Cecconi**
McAfee & Taft
Two W. Second Street
Suite 1100
Tulsa, OK 74103

**Chase Environmental Group, Inc.**
**Mark Edward Hardin**
Pierce Couch Hendrickson Baysinger & Green (Tulsa)
PO BOX 239
TULSA, OK 74101
918-583-8100
Fax: 918-583-8107
Email: mhardin@piercecouch.com
*LEAD ATTORNEY*

        s/ Charles C. McCaskey
        Charles C. McCaskey,
        *Attorney for Plaintiff*