# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYAN SAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 24-cv-00602-SH |
| | ) |
| JOHNSON MATTHEY INC., d/b/a | ) Removed from Tulsa County |
| TRACERCO, a foreign corporation, | ) Case No. CJ-2024-4271 |
| THE UNIVERSITY OF TULSA, a not-for- | ) |
| profit Oklahoma Corporation, | ) |
| CHEVRON USA, INC., a foreign corporation | ) |
| CHASE ENVIRONMENTAL GROUP, INC. | ) |
| a foreign corporation, | ) |
| CHINA INSTITUTE OF ATOMIC ENERGY | ) |
| a foreign corporation, | ) |
| | ) |
| Defendants. | ) |

## **PARTIAL JOINT STATUS REPORT**

**VIII. Do all parties consent to trial before the assigned magistrate judge?** ____ Yes _x_ No

If you mark "yes", you will be deemed to have knowingly and voluntarily consented to the jurisdiction of the assigned United States Magistrate Judge without the necessity for the filing or submission of any other documentation. The United States Magistrate Judge will exercise complete jurisdiction over this case through and including trial and the entry of a final judgment in accordance with 28 U.S.C. §636(c)(1) and Fed. R. Civ. P. 73(a).

If you mark "no" the case will immediately be reassigned to a United States District Judge.

**IX. Is there any matter that should be referred to the assigned magistrate judge for final disposition upon partial consent of all the parties pursuant to Local Rule 73-1?**

____ Yes _x_ No

If yes, please email a completed, proposed Consent to Magistrate Disposition Motion (AO

085A) to the Clerk via the designated mailbox at CM-ECFIntake_OKND@oknd.uscourts.gov. Please do not file proposed documents as an attachment to a document. (Refer to Section XIV of the CM/ECF Administrative Guide of Policies and Procedures for further instruction regarding proposed documents.)

        Respectfully submitted,

By: s/*Charles C. McCaskey*
   G. Gene Thompson, OBA No. 31243
   Charles C. McCaskey, OBA No. 34718
   Creek County Law, PLLC
   101 East Lee Avenue
   Sapulpa, Oklahoma 74066
   Telephone: 918.248.0018
   Facsimile: 918.998.0344
   gthompsonlaw@gmail.com
   charles@creekcountylaw.com
   ***Attorneys for Plaintiff***

By: s/*Michael S. Linscott*
   Michael S. Linscott, OBA No. 17266
   **DOERNER, SAUNDERS, DANIEL**
   **& ANDERSON, L.L.P.**
   Two West Second Street, Suite 700
   Tulsa, OK 74103-3117
   Telephone 918.591.5288
   Facsimile 918.925.5288
   Email: mlinscott@dsda.com

   -and-

   Kaylee Patricia Davis-Maddy
   DOERNER, SAUNDERS, DANIEL & ANDERSON, LLP
   210 Park Avenue STE 1200
   Oklahoma City, OK 73102
   P: (918-591-5242
   F: 918-925-5242
   kmaddy@dsda.com
   ***Attorneys for Johnson Matthey Inc., d/b/a Tracerco***

*s/Robert Betts*
Robert Betts, OBA No. 21601
**PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, LLP**
Post Office Box 26350
Oklahoma City, Oklahoma 73126-0350
(405) 235-1611 – *Telephone*
(405) 235-2904 – *Facsimile*
rbetts@piercecouch.com

-and-

Mark E. Hardin, OBA No. 15297
**PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, LLP**
Post Office Box 239
Tulsa, Oklahoma 74101
Tel. (918) 583-8100
Fax (918) 583-8017
E-mail: mhardin@piercecouch.com
***Attorneys for Chase Environmental Group, Inc.***


*s/Mary Quinn Cooper*
Mary Quinn Cooper, OBA No. 11966
**MCAFEE & TAFT, PC**
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
(918) 587-0000 – *Telephone*
(918) 599-9317 – *Facsimile*
maryquinncooper@mcafeetaft.com

-and-

Mary Rose Alexander (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700 – *Telephone*
(312) 993-9767 – *Facsimile*
Mary.rose.alexander@lw.com
***Attorneys for Chevron USA, Inc.***

 *s/Ryan A. Ray*
Ryan A Ray, OBA No. 22281

3

**NORMAN WOHLGEMUTH, LLP**
3200 Mid-Continent Tower
401 South Boston Ave
Tulsa, Oklahoma 74103
(918) 583-7571 – *Telephone*
(918) 584-7846 – *Facsimile*
RRay@nwlawok.com
***Attorney for The University of Tulsa***

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that on March 17, 2025, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. The Court Clerk will transmit a Notice of Electronic Filing to the ECF registrants.

        s/*Charles C. McCaskey*

8671970.1