IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) BRYAN SAMS, | § | 24-CV-00602-CVE-SH |
| Plaintiff, | § | |
| v. | § | |
| (1) JOHNSON MATTHEY, INC, d/b/a Tracerco Et. Al., | § | |
| Defendants. | § | |

**JOINT NOTICE OF SETTLEMENT**

TO THE HONORABLE COURT:

Plaintiff Bryan Sams ("Sams") and Defendants 1. Johnson Matthey, Inc. d/b/a Tracerco ("J-M"), 2. University of Tulsa ("TU"), 3. Chevron USA, Inc. ("Chevron"), and 4. Chase Environmental Group, Inc. ("Chase") (collectively, the "Parties") submit this Joint Notice of Settlement and advise the Court as follows: The Parties have reached a mediated agreement that will settle all remaining disputes between them and request that the Court enter its order giving them until May 30th 2025 to file their joint stipulation of dismissal. Defendant China Institute of Atomic Energy ("PRC") remains unserved and, at such time as said Joint Stipulation of Dismissal is filed, Plaintiff shall dismiss PRC pursuant to FRCP 41(a)(1)(A) by separate dismissal.

Respectfully submitted,

*/s/ G. Gene Thompson*
G. Gene Thompson, Esq., O.B.A. # 31243
Creek County Law, PLLC
101 E. Lee Ave.
Sapulpa, Oklahoma 74066
Phone (918) 223-3044
Facsimile (918) 998-0344
**ATTORNEY FOR PLAINTIFF**

*/s/ Michael S. Linscott*
Michael S. Linscott, Esq., O.B.A. #17266
Doerner Saunders Daniel & Anderson LLP
Two W Second St
Suite 700
Tulsa, Oklahoma 74103
Phone (918) 582-1211
**ATTORNEY FOR DEFENDANT J-M**

*/s/ Ryan A. Ray*
Ryan A Ray, Esq., O.B.A. #22281
Norman Wohlgemuth LLP
401 S. Boston Ave.
Suite 3200
Tulsa, Oklahoma 74103
Phone (918) 583-7571
**ATTORNEY FOR DEFENDANT TU**


*/s/ Mary Quinn-Cooper*
Mary Quinn-Cooper, Esq., O.B.A. #11966
McAfee & Taft
Two W Second St
Suite 1100
Tulsa, Oklahoma 74103
Phone (918) 587-0000
Facsimile (918) 599-9327
**ATTORNEY FOR DEFENDANT CHEVRON**


*/s/ Mark Edward Hardin*
Mark Edward Hardin, Esq., O.B.A. #15297
Pierce Couch Hendrickson Baysinger & Green
P.O. Box 239
Tulsa, Oklahoma 74101
Phone (918) 583-8100
Facsimile (918) 583-8107
**ATTORNEY FOR DEFENDANT CHASE**


## CERTIFICATE OF SERVICE

This certifies that on April 25, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system upon all counsel of record who are registered ECF users or by another manner authorized by Rule 5(b)(2) of the Federal Rules of Civil procedure.

*/s/ G. Gene Thompson*
G. Gene Thompson, *Attorney at Law*