UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BRYAN SAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 24-CV-0602-CVE-SH |
| | ) |
| **JOHNSON MATTHEY, INC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ADMINISTRATIVE CLOSING ORDER

Before the Court is the joint notice of settlement (Dkt. # 42) advising that this matter has settled. Based upon the representation of the parties and for good cause shown, the Court finds that this matter should be and is hereby administratively closed.

**IT IS THEREFORE ORDERED** that, pursuant to LCvR 41.1, this matter is **administratively closed** pending either an order of the Court reopening the action, or until this case is dismissed with prejudice by stipulation of the parties.

**IT IS FURTHER ORDERED** that all pending deadlines are hereby **stricken**. The motions to dismiss (Dkt. ## 25, 26) are **moot**. The parties shall file their fully-executed joint stipulation of dismissal no later than **May 30, 2025**.

**DATED** this 28th day of April, 2025.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE