**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BRYAN SAMS, | ) |
|    Plaintiff, | ) ) ) |
| vs. | ) Case No. 24-cv-00602-CVE-SH ) |
| JOHNSON MATTHEY INC., d/b/a TRACERCO, a foreign corporation, THE UNIVERSITY OF TULSA, a not-for-profit Oklahoma Corporation, CHEVRON USA, INC., a foreign corporation CHASE ENVIRONMENTAL GROUP, INC. a foreign corporation, CHINA INSTITUTE OF ATOMIC ENERGY a foreign corporation, | ) Removed from Tulsa County ) Case No. CJ-2024-4271 ) ) ) ) ) ) ) ) ) |
|    Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's Order at Dkt. #49, Plaintiff Bryan Sams and Defendants Johnson Matthey Inc. d/b/a Tracerco, The University of Tulsa, Chevron USA, Inc. and Chase Environmental Group, Inc. stipulate to a dismissal with prejudice of all claims and counterclaims asserted in this action. Each party shall bear its own attorney fees and costs.

Respectfully submitted,

By: s/*Gene Thompson*
   G. Gene Thompson, OBA No. 31243
   Charles C. McCaskey, OBA No. 34718
   Creek County Law, PLLC
   101 East Lee Avenue
   Sapulpa, Oklahoma 74066
   Telephone: 918.248.0018
   Facsimile: 918.998.0344
   gthompsonlaw@gmail.com
   charles@creekcountylaw.com
   ***Attorneys for Plaintiff***

By: s/*Michael S. Linscott*
Michael S. Linscott, OBA No. 17266
**DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.**
Two West Second Street, Suite 700
Tulsa, OK 74103-3117
Telephone 918.591.5288
Facsimile 918.925.5288
Email: mlinscott@dsda.com

-and-

Kaylee Patricia Davis-Maddy
DOERNER, SAUNDERS, DANIEL & ANDERSON, LLP
210 Park Avenue STE 1200
Oklahoma City, OK 73102
P: (918-591-5242
F: 918-925-5242
kmaddy@dsda.com
***Attorneys for Johnson Matthey Inc., d/b/a Tracerco***


*s/Mark E. Hardin*
Mark E. Hardin, OBA No. 15297
**PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, LLP**
Post Office Box 239
Tulsa, Oklahoma 74101
Tel. (918) 583-8100
Fax (918) 583-8017
E-mail: mhardin@piercecouch.com
***Attorneys for Chase Environmental Group, Inc.***

*s/Mary Quinn Cooper*
Mary Quinn Cooper, OBA No. 11966
**MCAFEE & TAFT, PC**
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
(918) 587-0000 – *Telephone*
(918) 599-9317 – *Facsimile*
maryquinncooper@mcafeetaft.com
***Attorneys for Chevron USA, Inc.***

2

      *s/Ryan A. Ray*
Ryan A Ray, OBA No. 22281
**NORMAN WOHLGEMUTH, LLP**
3200 Mid-Continent Tower
401 South Boston Ave
Tulsa, Oklahoma 74103
(918) 583-7571 – *Telephone*
(918) 584-7846 – *Facsimile*
RRay@nwlawok.com
***Attorney for The University of Tulsa***

## CERTIFICATE OF SERVICE

    I hereby certify that on July 21, 2025, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. The Court Clerk will transmit a Notice of Electronic Filing to the ECF registrants.

      */s/ Michael S. Linscott*
Michael S. Linscott