IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN K. SAMS,<br>　　　Plaintiff,<br>v.<br>JOHNSON MATTHEY, INC., et al.,<br>　　　Defendants. | §<br>§<br>§　　24-CV-00602-CVE-SH<br>§<br>§ |

**NOTICE OF DISMISSAL
AS TO DEFENDANT CHINA INSTITUTE OF ATOMIC ENERGY**

　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Brian K. Sams hereby dismisses this action as to Defendant China Institute of Atomic Energy only.

Said Defendant has not been served with process, has not filed an answer or a motion for summary judgment, and has not otherwise appeared in this action. All other Defendants have previously been dismissed, and dismissal of this remaining unserved Defendant is necessary to close the case in its entirety.

Respectfully submitted,


/S/ G. Gene Thompson
G. Gene Thompson, Esq. OBA No. 31243
CREEK COUNTY LAW, PLLC
101 E. Lee Ave.
Sapulpa, OK 74066
Telephone: (918) 223-3044
Facsimile:  (918) 998-0344
Email: gthompsonlaw@gmail.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/S/ G. Gene Thompson
G. Gene Thompson, Esq.