IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYAN SAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-CV-0602-CVE-SH |
| | ) |
| JOHNSON MATTHEY, INC., | ) |
| THE UNIVERSITY OF TULSA, | ) |
| CHEVRON USA, INC., | ) |
| CHASE ENVIRONMENTAL GROUP, INC., | ) |
| and CHINA INSTITUTE OF ATOMIC ENERGY, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. # 50) and the notice of dismissal of unserved party China Institute of Atomic Energy (Dkt. # 51). For good cause shown, the Court finds that this matter should be and is hereby dismissed in its entirety. This is a final order terminating this action.

**IT IS SO ORDERED** this 4th day of August, 2025.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE